PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Monesha Johnson                                    Cr.: 01-00730-002

Name of Sentencing Judicial Officer: The Honorable Dickinson R. Debevoise

Date of Original Sentence: 10-15-02

Original Offense: Conspiracy to Distribute More Than 100 Grams of Heroin

Original Sentence: 12 months and one day imprisonment; 4 years supervised release

Type of Supervision: Supervised Release                 Date Supervision Commenced: 09-12-03

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On March 21, 2006, the offender reported tested positive for marijuana. |

U.S. Probation Officer Action:
The probation officer will increase the frequency of random drug testing schedule and enhance treatment.
Furthermore, this notice shall be presented to Johnson to act as a judicial reprimand.

Respectfully submitted,

By:  Donald L. Martenz, Jr.
     U.S. Probation Officer
Date:  April 21, 2006

*No Response is necessary unless the court directs that additional action be taken as follows:*

[  ] Submit a Request for Modifying the Conditions or Term of Supervision
[  ] Submit a Request for Warrant or Summons
[X] Issue Judicial Reprimand and Pursue Intended Response Activities

_____
Signature of Judicial Officer

April 27, 2006
_____
Date